UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO 17-50156-KKS
Chapter: 7

IN RE:
TAYLOR, LLOYD GARY
TAYLOR, WILMA L.,

      DEBTOR(S).

_____/

## MOTION TO SELL REAL PROPERTY
## FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

COMES NOW, Mary W. Colón, Trustee, and moves for authority to sell improved residential real property fee and clear of all liens, encumbrances and interest, and in support thereof states as follows:

### JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia,* 11 U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On 05/05/17, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Mary W. Colón was appointed chapter 7 trustee (the "Trustee").

6. The Debtors own real property, by virtue of a deed, located at 6216 Wallace Rd., Callaway, Florida, identified as Bay County Parcel ID No. 07225-008-000, and more specifically identified as follows:

Commence at the Southwest Corner of Lot 12, Block "C", Forest Shores, as per plat recorded in Plat Book 12, Page 21, of the Public Records on file with the Clerk of the Circuit Court of Bay County, Florida; thence S05°15'31"W along the East right of way line of Kimbrel Avenue for 60 feet to the South right of way line of Wallace Road; thence S84°54'50"E along said South right of way line for 161.06 feet to the Point of Beginning; thence continue S84°54'50"E along said South right of way line for 80.53 feet: thence leaving said south right of way line S05°15'31"W parallel with said East right of way line for 132.00 feet; thence N84°54'50"W parallel with said South right of way line for 80.53 feet; thence N05°15'31"E parallel with said East right of way line for 132.00 feet to the Point of Beginning.

Said parcel lying in and being in U.S. Government Lot 6, Section 19, Township 4 South, Range 13 West, Bay County, Florida.

(hereinafter "the Property").

7. The Trustee has accepted an offer to purchase the Property in the amount of $83,000.00 as is.

8. The current offer is the highest offer presented to the estate, and one which the estate believes is a fair offer given the condition of the property.

9. Hancock Bank holds a first mortgage on said real property. Based on a payoff received from the lender, the balance due is as of 1/30/2018 is $57,166.90.

10. There are also judgment liens held by Centennial Bank recorded at Official Records Book 3480, page 180 and Official Records Book 3433, page 2001.

11. The payoff as of 1/30/2018 for the two judgments is $11,458.19.

12. The judgment holder has consented to the sale of the properties with the net proceeds being paid to the creditor to satisfy the judgments.

13. There are also judgments that were recorded against the debtors and are identified as follows:

   a. Centennial Bank holds a judgment against Wilma Taylor recorded at Official Records Book 3480, page 177.

   b. Midland Funding holds a judgment against Lloyd G. Taylor recorded at Official Records Book 3333, page 1671.

   c. Hancock Bank holds a judgment against Wilma Lee Taylor recorded at Official Records Book 3592, page 1517.

   d. Midland Funding, LLC holds a judgment against Wilma Taylor recorded at Official Records Book 3364, page 227.

   e. Centennial Bank holds a judgment against Lloyd Gary Taylor recorded at Official Records Book 3374, page 1523.

   f. Bay Medical Center has a claim of lien against Gary Taylor recorded at Official Records Book 3156, page 2215.

14. None of these judgments attach, even though certified copies were later recorded, as the property is owned by Wilma Lee Taylor and Lloyd Gary Taylor as husband and wife.

15. The Trustee is not aware of any other liens that would attach to the Property.

16. The estate has three other properties that are listed for sale and will generate funds to pay unsecured creditors.

## AUTHORITY TO SELL

17. Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business. Additionally, pursuant to §363(f) of the Bankruptcy Code, the trustee may sell property free and clear of any interest in such property of an entity other than the estate if (1) permitted under applicable non-bankruptcy law, (2) the party asserting such interest consents, (3) the interest is a lien and the purchase price of the property is greater than the aggregate amount of all liens on the property, (4) the interest is subject of a bona fide dispute, or (5) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.

18. Section 363(f) of the Bankruptcy Code is stated in the disjunctive. Thus, it is only necessary for the Trustee to satisfy one of the five conditions of §363(f).

19. The Trustee avers that she has satisfied section 363(f)(2) and 363(f)(3) insofar as all lienholders, that being Hancock Bank and Centennial Bank have consented to a sale of the property under section 363(f)(2) or will be paid in full, and that she should be authorized to sell the Property fee and clear of all liens, claims, encumbrances and interest. *The trustee has contemporaneously filed a Notice of Intent to Sell (with negative notice) the aforesaid property free and clear with this Court and served it upon the creditors and interested parties.*

20. Should the Trustee receive no objection to this Motion or the contemporaneously filed Notice of Intent to Sell Free and Clear of All Liens, it is the intent of the Trustee to submit an Order to this Court authorizing the Trustee to proceed to close this purchase and distribute the proceeds according to that outlined in the Notice of Intent to Sell Free and Clear of All Liens.

## CONCLUSION

21. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more

familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the Secured Creditors. The third party purchaser has agreed, subject to Court approval, to pay to the Trustee the sum of $83,000.00 in exchange for the Property free and clear of all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto as Exhibit "A":

A. Authorizing the sale of the Property to Anthony Davis free and clear of all liens, encumbrances, or interests of any party; and

B. Authorizing the Trustee to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtors or any other party claiming and interest in the Property to the Purchaser; and

C. Granting the Trustee such other and further relief as is just and proper.

DATED December 4, 2017.

/S/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:
TAYLOR, LLOYD GARY
TAYLOR, WILMA L.,

    Debtor(s),

CASE NO: 17-50156-KKS
CHAPTER 7

_____/

## ORDER GRANTING MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES AND INTERESTS (Doc.)

**UPON CONSIDERATION** of the Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests (Doc.), Trustee filing her Notice of Intent to Sell Real Property with a twenty-one day negative notice (Doc.), the motion and notice were properly served on all parties, there being no opposition filed or asserted thereto, a hearing was held on ____, and the Court having determined that the relief sought in the Motion should be granted.

It is hereby **ORDERED**, as follows:

1.    The Motion is **GRANTED.**

2.    The Trustee is authorized to sell the Property located at 6216 Wallace Rd., Calloway, free and clear of all liens, encumbrances and


EXHIBIT "A"

interests of any party, including that of Hancock Bank and Centennial Bank pursuant to those terms identified in the Notice of Intent to Sell Real Property, for the price of $83,000.00 to the current purchaser.

3. The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s), or any other party claiming an interest in the Property, to the current purchaser.

4. The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

    a. Payoff to Hancock Bank - $57,166.90 plus additional fees and interest to date of closing

    b. Payoff to Centennial Bank - $11,458.19

    c. Brokerage Fees - to Counts Real Estate Group, Inc. - $4,980.00

    d. Documentary Stamps - $477.25

    e. Property Taxes for 2017 - $1,213.14 plus any additional pro-rated amount should closing occur after 1/30/18.

    f. Closing fee to Smith Thompson of $595.00

    g. Title Insurance Premium - $477.25

    h. Title Search to First American Title Insurance Company - $125.00

    i. Estate would recover approximately $6,306.14*

    *The sale of this property will help payoff Centennial judgments so that equity on future sales will be realized by the Estate.

5. The Trustee upon execution and closing of the sale, shall deposit the net proceeds, if any, into the estate to be administered by the Trustee on behalf of the unsecured creditors in accordance with Bankruptcy procedure.

**DONE AND ORDERED** on _____.

 

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

## A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 20172367LAW | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 12/04/2017 at 14:40 JEE

| | |
|---|---|
| D. NAME OF BORROWER: | JAC MAXIMILLIAN YON and ISABELLA GEORIGA MAY TOMMEY |
| ADDRESS: | 6507 RIVER PLACE BLVD, UNIT 2, AUSTIN, TX 78730 |
| E. NAME OF SELLER: | MARY W. COLON AS TRUSTEE UNDER BANKRUPTCY CASE LLOYD GARY TAYLOR AND WILMA L. TAYLOR DEBTORS IN BANKRUPTCY UNDER CASE NUMBER 17-50156-KKS PENDING IN THE U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF FLORIDA |
| ADDRESS: | PO BOX 14596, TALLAHASSEE, FL 32317 |
| F. NAME OF LENDER: | |
| ADDRESS: | |
| G. PROPERTY ADDRESS: | 6216 WALLACE RD, CALLAWAY, FL |
| | METES AND BOUNDS |
| H. SETTLEMENT AGENT: | Smith, Thompson & Shaw |
| PLACE OF SETTLEMENT: | Fourth Floor, 3520 Thomasville Rd., Tallahassee, Fl. 32309 |
| I. SETTLEMENT DATE: | 01/30/2018 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 83,000.00 | 401. Contract sales price | 83,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 256.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **83,256.50** | **420. GROSS AMOUNT DUE TO SELLER** | **83,000.00** |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 3,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 7,971.39 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | 57,166.90 |
| | | HANCOCK BANK | |
| 205. | | 505. | |
| 206. | | 506. Centennial Bank judgment | 11,458.19 |
| | | CENTENNIAL BANK | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 211. County taxes 01/01/18 to 01/30/18 | 97.38 | 511. County taxes 01/01/18 to 01/30/18 | 97.38 |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **3,097.38** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **76,693.86** |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 83,256.50 | 601. Gross amount due to seller (line 420) | 83,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 3,097.38 | 602. Less reduction amount due seller (line 520) | 76,693.86 |
| **303. CASH FROM BORROWER** | **80,159.12** | **603. CASH TO SELLER** | **6,306.14** |



EXHIBIT "B"

Previous editions are obsolete                                                      form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT        File Number: 20172367        PAGE 2

## SETTLEMENT STATEMENT

TitleExpress Settlement System    Printed 12/04/2017 at 14:40 JEE

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $83,000.00 @ 6.000 = 4,980.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $ 2,490.00 to KELLER WILLIAMS SUCCESS REALTY | | |
| 702. $ 2,490.00 to COUNTS REAL ESTATE GROUP | | |
| 703. Commission paid at Settlement | | 4,980.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee    % | | |
| 802. Loan Discount    % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Application Fee | | |
| 807. Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From to @$ /day | | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance mo. @ $ /mo | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | |
| 1003. City Property Tax mo. @ $ /mo | | |
| 1004. County Property Tax mo. @ $ 102.14 /mo | | |
| 1005. Annual Assessments mo. @ $ /mo | | |
| 1009. Aggregate Analysis Adjustment | | |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee to SMITH THOMPSON | | 595.00 |
| 1102. Abstract or title search to FIRST AMERICAN TITLE INSURANCE COMPANY | | 125.00 |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's fees | | |
| (includes above items No: ) | | |
| 1108. Title Insurance to SMITH THOMPSON | | 477.25 |
| (includes above items No: ) | | |
| 1109. Lender's Policy NONE | | |
| 1110. Owner's Policy 83,000.00 - 477.25 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $ 256.50 ; Mortgage $ ; Release $ | 256.50 | |
| 1202. City/County tax/stamps Deed $ 581.00 ; Mortgage $ | | 581.00 |
| 1203. State Tax/stamps Deed $ ; Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. 2017 taxes to TAX COLLECTOR | | 1,213.14 |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 256.50 | 7,971.39 |

### HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____            _____
JAC MAXIMILLIAN YON                              ISABELLA GEORIGA MAY TOMMEY

MARY W. COLON AS TRUSTEE UNDER BANKRUPTCY CASE LLOYD GARY TAYLOR
AND WILMA L. TAYLOR DEBTORS IN BANKRUPTCY UNDER CASE NUMBER
17-50156-KKS PENDING IN THE U.S. BANKRUPTCY COURT, NORTHERN DISTRICT
OF FLORIDA

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE      The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.
UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION      I have caused or will cause the funds to be disbursed in accordance with this statement.
CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18:
U.S. CODE SECTION 1001 AND SECTION 1010.

By: _____
                 DATE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TAYLOR, LLOYD GARY<br>TAYLOR, WILMA L | CASE NO: 17-50156-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/4/2017, I did cause a copy of the following documents, described below,

Notice of Intent to Sell Real Property,

Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 12/4/2017

/s/ Mary W. Colon
Mary W. Colon  0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317
850 893 4105
janet@marycolon.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TAYLOR, LLOYD GARY<br>TAYLOR, WILMA L | CASE NO: 17-50156-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/4/2017, a copy of the following documents, described below,

Notice of Intent to Sell Real Property,

Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee
Mary W. Colon
P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>11295<br>CASE 17-50156-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PANAMA CITY<br>MON DEC 4 15-06-29 EST 2017 | 2 COUNTS REAL ESTATE GROUP INC<br>2104 THOMAS DRIVE<br>PANAMA CITY BEACH FL 32408-5823 | 3 HANCOCK BANK<br>CO CHAD D HECKMAN<br>PO BOX 12492<br>TALLAHASSEE FL 32317-2492 |
| 4 HANCOCK BANK<br>CO IAN S MACDONALD<br>CLARK PARTINGTON<br>106 EAST COLLEGE AVENUE SUITE 600<br>TALLAHASSEE FL 32301-7721 | 5 INNOVATIONS FEDERAL CREDIT UNION<br>CO CHAD D HECKMAN<br>PO BOX 12492<br>TALLAHASSEE FL 32317-2492 | 6 WELLS FARGO BANK NA<br>EXL LEGAL PLLC<br>12425 28TH ST NORTH SUITE 200<br>SAINT PETERSBURG FL 33716-1826 |
| 7 ASSET ACCEPTANCE LLC<br>P O BOX 2036<br>WARREN MI 48090-2036 | 8 ASSISTANT US ATTORNEY<br>21 E GARDEN ST<br>SUITE 400<br>PENSACOLA FL 32502-5675 | 9 BANK OF AMERICA<br>P O BOX 15026<br>WILMINGTON DE 19850-5026 |
| 10 BAY BANK  TRUST<br>509 HARRISON AVE<br>PANAMA CITY FL 32401-2621 | 11 BRENDA RUSSELL<br>629 KIRKLIN AVE<br>PANAMA CITY FL 32401-4342 | 12 CBHV<br>P O BOX 3495<br>TOLEDO OH 43607-0495 |
| 13 CAPITAL RECOVERY ADVISORS<br>2400 AUGUST DR SUITE 212<br>HOUSTON TX 77057-4998 | 14 CAPITAL RECOVERY ADVISORS<br>2400 AUGUSTA DRIVE<br>STE 212<br>HOUSTON TX 77057-4998 | 15 CARPET BROKERS INC<br>2804 W 23RD ST<br>PANAMA CITY FL 32405-2353 |
| 16 CENTENNIAL BANK<br>12141 PANAMA CITY BEACH PKWY<br>PANAMA CITY BEACH FL 32407-2627 | 17 CENTENNIAL BANK<br>22 AVENUE E<br>APALACHICOLA FL 32320-1761 | 18 CENTENNIAL BANK<br>635 E BALDWIN RD<br>PANAMA CITY FL 32405-4207 |
| 19 CENTENNIAL BANK<br>CAPITAL RECOVERY ADVISORS<br>2400 AUGUSTA DRIVE<br>SUITE 212<br>HOUSTON TX 77057-4998 | 20 CHARLIE AND STEPHANIE ADDISON<br>125 N CHARLENE DR<br>PANAMA CITY FL 32404-7502 | 21 CHRISTOPHER MORRIS<br>510 SATSUMA AVE APT A<br>PANAMA CITY FL 32401-4351 |
| 22 CLARK PARTINGTON<br>CO IAN S MACDONALD<br>106 E COLLEGE AVENUE SUITE 600<br>TALLAHASSEE FL 32301-7721 | 23 COLLECTION BUREAU<br>MEDICAL ACCOUNTS ADMINISTRATION<br>P O BOX 519<br>PANAMA CITY FL 32402-0519 | 24 COMCAST<br>4001 WEST 23RD ST<br>PANAMA CITY FL 32405-0300 |
| 25 ERIC KREBS<br>P O BOX 15758<br>PANAMA CITY FL 32406-5758 | 26 GM CARD<br>P O BOX 80082<br>SALINAS CA 93912-0082 | 27 GARTH BONNEY<br>P O BOX 737<br>PANAMA CITY FL 32402-0737 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 GOLDEN ENTERPRISES              29 HANCOCK BANK                    30 HANCOCK BANK
P O BOX 15636                      1 CORPORATE DR STE 360             1022 W 23RD ST
PANAMA CITY FL 32406-5636          LAKE ZURICH IL 60047-8945          PANAMA CITY FL 32405-3689


31 HANCOCK BANK                    32 HANCOCK BANK                    33 HANCOCK BANK
P O BOX 660592                     P O BOX 681400                     CO CLARK PARTINGTON
DALLAS TX 75266-0592               PRATTVILLE AL 36068-1400           106 E COLLEGE AVENUE SUITE 600
                                                                      TALLAHASSEE FL 32301-7721


34 INNOVATIONS FEDERAL CREDIT UNION 35 INTERNAL REVENUE SERVICE       36 INTERNAL REVENUE SERVICE
P O BOX 15529                      P O BOX 7346                       CENTRALIZED INSOLVENCY OPERATIONS
PANAMA CITY FL 32406-5529          PHILADELPHIA PA 19101-7346         PO BOX 7346
                                                                      PHILADELPHIA PA 19101-7346


37 JACK G WILLIAMS                 38 JACK WILLIAMS                   39 JAMES AND LE VIETA DOSTER
502 HARMON AVE                     P O BOX 2176                       621 BOB LITTLE RD
PANAMA CITY FL 32401-3044          PANAMA CITY FL 32402-2176          PANAMA CITY FL 32404-4617


40 KEENON DENTAL ASSOCIATES LLC    41 KENNETH AND CYRILLA EADY        42 LORI WHIDDON
2309 ST ANDREWS BLVD               6216 WALLACE RD                    6316 PRIDGEN ST
PANAMA CITY FL 32405-2171          PANAMA CITY FL 32404-9645          PANAMA CITY FL 32404-8327


43 MIDLAND FUNDING LLC             44 MIDLAND FUNDING LLC             45 OFFICE OF US TRUSTEE
PO BOX 2011                        8875 AERO DR SUITE 200             110 E PARK AVE
WARREN MI 48090-2011               SAN DIEGO CA 92123-2255            SUITE 128
                                                                      TALLAHASSEE FL 32301-7728


46 RICHARD STORFER                 47 ROBINSON ACCOUNTING SERVICE     48 STATE OF FLORIDA DEPARTMENT OF
101 NE THIRD AVE SUITE 1800        2335 E BALDWIN RD                  REVENUE
FORT LAUDERDALE FL 33301-1252      PANAMA CITY FL 32405-5801          OUT OF STATECENTRAL COLLECTIONS UNIT
                                                                      5050 W TENNESSEE ST
                                                                      TALLAHASSEE FL 32399-6585


49 STOCK BUILDING SUPPLY INC       50 T M STRUCTURES INC              51 UNITED STATES TRUSTEE
730 HWY 231                        CO MICHAEL ROBINSON                110 E PARK AVENUE
PANAMA CITY FL 32405-5303          2335 E BALDWIN RD                  SUITE 128
                                   PANAMA CITY FL 32405-5801          TALLAHASSEE FL 32301-7728


52 VERIZON                         53 WELLS FARGO BANK NA             54 WELLS FARGO BANK NA
BY AMERICAN INFOSOURCE LP AS AGENT CO EXL LEGAL PLLC                  DEFAULT DOCUMENT PROCESSINGMACN92
PO BOX 248838                      12425 28TH STREET NORTH SUITE 200  1000 BLUE GENTIAN ROAD
OKLAHOMA CITY OK 73124-8838        ST PETERSBURG FL 33716-1826        EAGAN MN 55121-7700
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

55 WELLS FARGO BANK NA
CO KENNETH W LOCKWOOD ESQ
12425 28TH STREET NORTH SUITE 200
ST PETERSBURG FL 33716-1826

56 WELLS FARGO HOME MORTGAGE
P O BOX 10335
DES MOINES IA 50306-0335

57 JOHN E VENN
JOHN E VENN JR PA
220 W GARDEN ST
SUITE 603
PENSACOLA FL 32502-5732

*DEBTOR*

58 LLOYD GARY TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206

59 MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

60 WILMA L TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206