**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CASE NO 17-50156-KKS**
**Chapter: 7**

**IN RE:**
**TAYLOR, LLOYD GARY**
**TAYLOR, WILMA L.,**

**DEBTOR(S).**

______________________________/

**AMENDED MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS (Doc. 97)**

COMES NOW, Mary W. Colón, Trustee, and moves for authority to sell improved residential real property fee and clear of all liens, encumbrances and interest, and in support thereof states as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia,* 11 U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.

**BACKGROUND**

4. On 05/05/17, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Mary W. Colón was appointed chapter 7 trustee (the "Trustee").

6. The Debtors own real property, by virtue of a deed, located at 125 Charlene Drive North, Callaway, Florida, identified as Bay County Parcel ID No. 06119-050-012, and more specifically identified as follows:

The land referred to herein below is situated in the County of Bay, State of Florida, and described as follows:

Commence at the Southwest Corner of the Southwest Quarter of the Southeast Quarter of Section 7, Township 4 South, Range 13 West, Bay County, Florida; thence North 00 degrees 56 minutes 22 seconds East along the West line of said Southwest Quarter of the Southeast Quarter for 440.00 feet; thence South 89 degrees 11 minutes 20 seconds East for 160.00 feet to the Point of Beginning; thence continue South 89 degrees 11 minutes 20 seconds East for 197.60 feet to the West right of way line of Charlene Drive; thence North 01 degrees 00 minutes 56 seconds East along said West right of way line for 44.00 feet; thence leaving said West right of way line North 89 degrees 11 minutes 20 seconds West for 197.66

feet; thence South 00 degrees 56 minutes 22 seconds West for 44.00 feet to the Point of Beginning.

(hereinafter "the Property").

7. The Trustee has accepted an offer to purchase the Property in the amount of $56,000.00 as is.

8. The current offer is the highest offer presented to the estate, and one which the estate believes is a fair offer given the condition of the property.

9. Hancock Bank holds a first mortgage on said real property. Based on a payoff received from the lender, the balance due is as of 3/30/2018 is $45,480.28.

10. There are also judgment liens held by Centennial Bank recorded at Official Records Book 3480, page 180 and Official Records Book 3433, page 2001.

11. The payoff as of 1/30/2018 for the two judgments is $4,684.52.

12. The judgment holder has consented to the sale of the properties with the net proceeds being paid to the creditor to satisfy the judgments.

13. There are also judgments that were recorded against the debtors and are identified as follows:

    a. Centennial Bank holds a judgment against Wilma Taylor recorded at Official Records Book 3480, page 177.

    b. Midland Funding holds a judgment against Lloyd G. Taylor recorded at Official Records Book 3333, page 1671.

    c. Hancock Bank holds a judgment against Wilma Lee Taylor recorded at Official Records Book 3592, page 1517.

    d. Midland Funding, LLC holds a judgment against Wilma Taylor recorded at Official Records Book 3364, page 227.

    e. Centennial Bank holds a judgment against Lloyd Gary Taylor recorded at Official Records Book 3374, page 1523.

    f. Bay Medical Center has a claim of lien against Gary Taylor recorded at Official Records Book 3156, page 2215.

14. None of these judgments attach, even though certified copies were later recorded, as the property is owned by Wilma Lee Taylor and Lloyd Gary Taylor as husband and wife.

15. The Trustee is not aware of any other liens that would attach to the Property.

16. The estate has three other properties that are listed for sale and will generate funds to pay unsecured creditors.

## AUTHORITY TO SELL

17. Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business. Additionally, pursuant to §363(f) of the Bankruptcy Code, the trustee may sell property free and clear of any interest in such property of an entity other than the estate if (1) permitted under applicable non-bankruptcy law, (2) the party asserting such interest consents, (3) the interest is a lien and the purchase price of the property is greater than the aggregate amount of all liens on the property, (4) the interest is subject of a bona fide dispute, or (5) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.

18. Section 363(f) of the Bankruptcy Code is stated in the disjunctive. Thus, it is only necessary for the Trustee to satisfy one of the five conditions of §363(f).

19. The Trustee avers that she has satisfied section 363(f)(2) and 363(f)(3) insofar as all lienholders, that being Hancock Bank and Centennial Bank have consented to a sale of the property

under section 363(f)(2) or will be paid in full, and that she should be authorized to sell the Property fee and clear of all liens, claims, encumbrances and interest. *The trustee has contemporaneously filed a Notice of Intent to Sell (with negative notice) the aforesaid property free and clear with this Court and served it upon the creditors and interested parties.*

20. Should the Trustee receive no objection to this Motion or the contemporaneously filed Notice of Intent to Sell Free and Clear of All Liens, it is the intent of the Trustee to submit an Order to this Court authorizing the Trustee to proceed to close this purchase and distribute the proceeds according to that outlined in the Notice of Intent to Sell Free and Clear of All Liens.

**CONCLUSION**

21. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the Secured Creditors. The third

party purchaser has agreed, subject to Court approval, to pay to the Trustee the sum of $56,000.00 in exchange for the Property free and clear of all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto as Exhibit "A":

A. Authorizing the sale of the Property to Dean Sidney[1] free and clear of all liens, encumbrances, or interests of any party; and

B. Authorizing the Trustee to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtors or any other party claiming and interest in the Property to the Purchaser; and

---

[1] Amended to correct the name of the buyer from Anthony Davis to Dean Sidney

C. Granting the Trustee such other and further relief as is just and proper.

DATED February 1, 2018.

/S/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:
TAYLOR, LLOYD GARY
TAYLOR, WILMA L.,

CASE NO: 17-50156-KKS
CHAPTER 7

Debtor(s),

______________________________________/

**ORDER GRANTING AMENDED MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES AND INTERESTS (Doc.)**

**UPON CONSIDERATION** of the Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests (Doc.), Trustee filing her Notice of Intent to Sell Real Property with a twenty-one day negative notice (Doc.), the motion and notice were properly served on all parties, there being no opposition filed or asserted thereto, a hearing was held on ____, and the Court having determined that the relief sought in the Motion should be granted.

It is hereby **ORDERED,** as follows:

1. The Motion is **GRANTED.**

2. The Trustee is authorized to sell the Property located at 125 Charlene Drive North, Calloway, Florida free and clear of all liens,

EXHIBIT
"A"

encumbrances and interests of any party, including that of Hancock Bank and Centennial Bank pursuant to those terms identified in the Notice of Intent to Sell Real Property, for the price of $56,000.00 to the current purchaser.

3. The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s), or any other party claiming an interest in the Property, to the current purchaser.

4. The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

    a. Payoff to Hancock Bank - $45,480.28 plus additional fees and interest to date of closing

    b. Payoff to Centennial Bank - $4,684.52

    c. Brokerage Fees - to Counts Real Estate Group, Inc. - $3,360.00

    d. Documentary Stamps - $392.00

    e. Property Taxes for 2017 - $818.80

f. Property Taxes for 2018 - $197.40 plus any additional pro-rated amount should closing occur after 3/30/18.

g. Closing fee to Smith Thompson of $595.00

h. Title Insurance Premium - $322.00

i. Title Search to First American Title Insurance Company - $150.00

j. Estate would recover approximately $0.00*

*The sale of this property will help payoff Centennial judgments so that equity on future sales will be realized by the Estate.

5. The Trustee upon execution and closing of the sale, shall deposit the net proceeds, if any, into the estate to be administered by the Trustee on behalf of the unsecured creditors in accordance with Bankruptcy procedure.

**DONE AND ORDERED** on ________________.

______________________________

KAREN K. SPECIE
U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: TAYLOR, LLOYD GARY
TAYLOR, WILMA L

CASE NO: 17-50156-KKS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 2/1/2018, I did cause a copy of the following documents, described below,

Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests,

Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 2/1/2018

/s/ Mary W. Colon
Mary W. Colon 0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL 32317
850 893 4105
janet@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: TAYLOR, LLOYD GARY
TAYLOR, WILMA L

CASE NO: 17-50156-KKS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 2/1/2018, a copy of the following documents, described below,

Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests,

Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/1/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee
Mary W. Colon
P O Box 14596
Tallahassee, FL 32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
11295
CASE 17-50156-KKS
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY
THU FEB 1 11-34-14 EST 2018

2 COUNTS REAL ESTATE GROUP INC
2104 THOMAS DRIVE
PANAMA CITY BEACH FL 32408-5823

3 HANCOCK BANK
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

4 HANCOCK BANK
CO IAN S MACDONALD
CLARK PARTINGTON
106 EAST COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

5 INNOVATIONS FEDERAL CREDIT UNION
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

6 THOMSON BROCK LUGER AND COMPANY
3375G CAPITAL CIRCLE NE
TALLAHASSEE FL 32308-3798

7 WELLS FARGO BANK NA
EXL LEGAL PLLC
12425 28TH ST NORTH SUITE 200
SAINT PETERSBURG FL 33716-1826

8 ASSET ACCEPTANCE LLC
P O BOX 2036
WARREN MI 48090-2036

9 ASSISTANT US ATTORNEY
21 E GARDEN ST
SUITE 400
PENSACOLA FL 32502-5675

10 BANK OF AMERICA
P O BOX 15026
WILMINGTON DE 19850-5026

11 BAY BANK TRUST
509 HARRISON AVE
PANAMA CITY FL 32401-2621

12 BRENDA RUSSELL
629 KIRKLIN AVE
PANAMA CITY FL 32401-4342

13 CBHV
P O BOX 3495
TOLEDO OH 43607-0495

14 CAPITAL RECOVERY ADVISORS
2400 AUGUST DR SUITE 212
HOUSTON TX 77057-4998

15 CAPITAL RECOVERY ADVISORS
2400 AUGUSTA DRIVE
STE 212
HOUSTON TX 77057-4998

16 CARPET BROKERS INC
2804 W 23RD ST
PANAMA CITY FL 32405-2353

17 CENTENNIAL BANK
12141 PANAMA CITY BEACH PKWY
PANAMA CITY BEACH FL 32407-2627

18 CENTENNIAL BANK
22 AVENUE E
APALACHICOLA FL 32320-1761

19 CENTENNIAL BANK
635 E BALDWIN RD
PANAMA CITY FL 32405-4207

20 CENTENNIAL BANK
CAPITAL RECOVERY ADVISORS
2400 AUGUSTA DRIVE
SUITE 212
HOUSTON TX 77057-4998

21 CHARLIE AND STEPHANIE ADDISON
125 N CHARLENE DR
PANAMA CITY FL 32404-7502

22 CHRISTOPHER MORRIS
510 SATSUMA AVE APT A
PANAMA CITY FL 32401-4351

23 CLARK PARTINGTON
CO IAN S MACDONALD
106 E COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

24 COLLECTION BUREAU
MEDICAL ACCOUNTS ADMINISTRATION
P O BOX 519
PANAMA CITY FL 32402-0519

25 COMCAST
4001 WEST 23RD ST
PANAMA CITY FL 32405-0300

26 ERIC KREBS
P O BOX 15758
PANAMA CITY FL 32406-5758

27 GM CARD
P O BOX 80082
SALINAS CA 93912-0082

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 GARTH BONNEY
P O BOX 737
PANAMA CITY FL 32402-0737

29 GOLDEN ENTERPRISES
P O BOX 15636
PANAMA CITY FL 32406-5636

30 HANCOCK BANK
1 CORPORATE DR STE 360
LAKE ZURICH IL 60047-8945

31 HANCOCK BANK
1022 W 23RD ST
PANAMA CITY FL 32405-3689

32 HANCOCK BANK
P O BOX 660592
DALLAS TX 75266-0592

33 HANCOCK BANK
P O BOX 681400
PRATTVILLE AL 36068-1400

34 HANCOCK BANK
CO CLARK PARTINGTON
106 E COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

35 INNOVATIONS FEDERAL CREDIT UNION
P O BOX 15529
PANAMA CITY FL 32406-5529

36 INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

37 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

38 JACK G WILLIAMS
502 HARMON AVE
PANAMA CITY FL 32401-3044

39 JACK WILLIAMS
P O BOX 2176
PANAMA CITY FL 32402-2176

40 JAMES AND LE VIETA DOSTER
621 BOB LITTLE RD
PANAMA CITY FL 32404-4617

41 KEENON DENTAL ASSOCIATES LLC
2309 ST ANDREWS BLVD
PANAMA CITY FL 32405-2171

42 KENNETH AND CYRILLA EADY
6216 WALLACE RD
PANAMA CITY FL 32404-9645

43 LORI WHIDDON
6316 PRIDGEN ST
PANAMA CITY FL 32404-8327

44 MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

45 MIDLAND FUNDING LLC
8875 AERO DR SUITE 200
SAN DIEGO CA 92123-2255

46 OFFICE OF US TRUSTEE
110 E PARK AVE
SUITE 128
TALLAHASSEE FL 32301-7728

47 RICHARD STORFER
101 NE THIRD AVE SUITE 1800
FORT LAUDERDALE FL 33301-1252

48 ROBINSON ACCOUNTING SERVICE
2335 E BALDWIN RD
PANAMA CITY FL 32405-5801

49 STATE OF FLORIDA DEPARTMENT OF
REVENUE
OUT OF STATECENTRAL COLLECTIONS UNIT
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-6585

50 STOCK BUILDING SUPPLY INC
730 HWY 231
PANAMA CITY FL 32405-5303

51 T M STRUCTURES INC
CO MICHAEL ROBINSON
2335 E BALDWIN RD
PANAMA CITY FL 32405-5801

52 UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

53 VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

54 WELLS FARGO BANK NA
CO EXL LEGAL PLLC
12425 28TH STREET NORTH SUITE 200
ST PETERSBURG FL 33716-1826

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

55 WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSINGMACN92
1000 BLUE GENTIAN ROAD
EAGAN MN 55121-7700

56 WELLS FARGO BANK NA
CO KENNETH W LOCKWOOD ESQ
12425 28TH STREET NORTH SUITE 200
ST PETERSBURG FL 33716-1826

57 WELLS FARGO HOME MORTGAGE
P O BOX 10335
DES MOINES IA 50306-0335

58 JOHN E VENN
JOHN E VENN JR PA
220 W GARDEN ST
SUITE 603
PENSACOLA FL 32502-5732

*DEBTOR*
59 LLOYD GARY TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206

60 MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

61 WILMA L TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206