**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CASE NO 17-50156-KKS**
**Chapter:  7**

IN RE:
**TAYLOR, LLOYD GARY**
**TAYLOR, WILMA L.,**

**DEBTOR(S).**

_____/

## MOTION TO SELL REAL PROPERTY
## FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

COMES NOW, Mary W. Colón, Trustee, and moves for authority to sell improved residential real property fee and clear of all liens, encumbrances and interest, and in support thereof states as follows:

### JURISDICTION

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The basis for the relief requested herein are, *inter alia,* 11

U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure

2002 and 6004.

## BACKGROUND

4.     On 05/05/17, the Debtors commenced this case by filing a

voluntary petition for relief under Chapter 7 of the United States

Bankruptcy Code (the "Petition Date").

5.     Mary W. Colón was appointed chapter 7 trustee (the "Trustee").

6.     The Debtors own real property, by virtue of a deed, located at

6216 Wallace Road, Callaway, Florida, identified as Bay

County Parcel ID No. 07225-008-000, and described as:

The land referred to herein below is situated in the County
of Bay, State of Florida, and described as follows:

Commence at the Southwest Corner of Lot 12, Block "C",
Forest Shores, as per plat recorded in Plat Book 12, Page
21, of the Public Records on file with the Clerk of the
Circuit Court of Bay County, Florida; thence S05°15'
31"W along the East right of way line of Kimbrel Avenue
for 60 feet to the South right of way line of Wallace Road;
thence S84°54'50"E along said South right of way line for
161.06 feet to the Point of Beginning; thence continue
S84°54'50"E along said South right of way line for 80.53
feet; thence leaving said south right of way line
S05°15'31"W parallel with said East right of way line for
132.00 feet; thence N84°54'50"W parallel with said South
right of way line for 80.53 feet; thence N05°15'31"E

parallel with said East right of way line for 132.00 feet to
the Point of Beginning.
Said parcel lying in and being in U.S. Government Lot 6,
Section 19, Township 4 South, Range 13 West, Bay County,
Florida.

(hereinafter "the Property").

7.    The Trustee has accepted an offer to purchase the Property in
the amount of $87,000.00 as is.

8.    The current offer is the highest offer presented to the estate,
and one which the estate believes is a fair offer given the
condition of the property.

9.    Hancock Bank holds a first mortgage on said real property.
Based on a payoff received from the lender, the balance due is
as of 5/15/2018 is $59,132.50.

10.   There are also judgment liens held by Centennial Bank
recorded at Official Records Book 3480, page 180 and Official
Records Book 3433, page 2001.

11.   The two judgments will have been paid in full prior to this
closing.

12.   There are also judgments that were recorded against the
debtors and are identified as follows:

   a. Centennial Bank holds a judgment against Wilma Taylor recorded at Official Records Book 3480, page 177.

   b. Midland Funding holds a judgment against Lloyd G. Taylor recorded at Official Records Book 3333, page 1671.

   c. Hancock Bank holds a judgment against Wilma Lee Taylor recorded at Official Records Book 3592, page 1517.

   d. Midland Funding, LLC holds a judgment against Wilma Taylor recorded at Official Records Book 3364, page 227.

   e. Centennial Bank holds a judgment against Lloyd Gary Taylor recorded at Official Records Book 3374, page 1523.

   f. Bay Medical Center has a claim of lien against Gary Taylor recorded at Official Records Book 3156, page 2215.

13. None of these judgments attach, even though certified copies were later recorded, as the property is owned by Wilma Lee Taylor and Lloyd Gary Taylor as husband and wife.

14. The Trustee is not aware of any other liens that would attach to the Property.

15. The estate has three other properties that are listed for sale and will generate funds to pay unsecured creditors.

## AUTHORITY TO SELL

16.   Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after

notice and hearing, may use, sell or lease property of the estate

other than in the ordinary course of business.  Additionally,

pursuant to §363(f) of the Bankruptcy Code, the trustee may

sell property free and clear of any interest in such property of

an entity other than the estate if (1) permitted under applicable

non-bankruptcy law, (2) the party asserting such interest

consents, (3) the interest is a lien and the purchase price of the

property is greater than the aggregate amount of all liens on the

property, (4) the interest is subject of a bona fide dispute, or (5)

the party asserting the interest could be compelled, in a legal or

equitable proceeding, to accept a money satisfaction for such

interest.

17.   Section 363(f) of the Bankruptcy Code is stated in the

disjunctive.  Thus, it is only necessary for the Trustee to satisfy

one of the five conditions of §363(f).

18.   The Trustee avers that she has satisfied section 363(f)(2) and

363(f)(3) insofar as all lienholders, that being Hancock Bank

and Centennial Bank have consented to a sale of the property

under section 363(f)(2) or will be paid in full, and that she

should be authorized to sell the Property fee and clear of all

liens, claims, encumbrances and interest. *The trustee has*

*contemporaneously filed a Notice of Intent to Sell (with negative*

*notice) the aforesaid property free and clear with this Court and*

*served it upon the creditors and interested parties.*

19. Should the Trustee receive no objection to this Motion or the

contemporaneously filed Notice of Intent to Sell Free and Clear

of All Liens, it is the intent of the Trustee to submit an Order to

this Court authorizing the Trustee to proceed to close this

purchase and distribute the proceeds according to that outlined

in the Notice of Intent to Sell Free and Clear of All Liens.

## CONCLUSION

20. The Trustee, in the exercise of her business judgment,

believes, and therefore avers, that the proposed sale is in the

best interest of the creditors of the bankruptcy estate insofar as

there is otherwise no equity in the Property, the Trustee is more

familiar with the current market than other interested parties,

and a sale under this motion serves the best interest of all

interested parties, including the Secured Creditors.  The third

party purchaser has agreed, subject to Court approval, to pay

to the Trustee the sum of $87,000.00 in exchange for the

Property free and clear of all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order

substantially in the form attached hereto as Exhibit "A":

A. Authorizing the sale of the Property to Brandon C. Davidson free

and clear of all liens, encumbrances, or  interests of any party; and

B. Authorizing the Trustee to take any and all actions and to execute

any and all documents necessary and appropriate to effectuate

and consummate the terms of said sale of the Property free and

clear of all liens, encumbrances, or interests, including without

limitation, executing a deed conveying the interests of the Debtors

or any other party claiming and interest in the Property to the

Purchaser; and

C. Granting the Trustee such other and further relief as is just and

proper.

DATED March 9, 2018.

/S/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
P. O. Box 14596
Tallahassee, FL 32317

Telephone No.: (850) 241-0144
Facsimile:  (850) 702-0735
trustee@marycolon.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CASE NO: 17-50156-KKS
CHAPTER 7**

IN RE:
**TAYLOR, LLOYD GARY
TAYLOR, WILMA L.,**

     **Debtor(s),**

_____/

## ORDER GRANTING AMENDED MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES AND INTERESTS (Doc. )

**UPON CONSIDERATION** of the Amended Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests (Doc. ), Trustee filing her Notice of Intent to Sell Real Property with a twenty-one day negative notice (Doc. ), the motion and notice were properly served on all parties, there being no opposition filed or asserted thereto, a hearing was noticed but was not necessary, and the Court having determined that the relief sought in the Motion should be granted.

It is hereby **ORDERED,** as follows:

1.    The Motion is **GRANTED.**

2.    The Trustee is authorized to sell the Property located at 6216 Wallace Road, Callaway, Florida free and clear of all liens,



**EXHIBIT**

"A"

encumbrances and interests of any party, including that of Hancock Bank and Centennial Bank pursuant to those terms identified in the Notice of Intent to Sell Real Property, for the price of $87,000.00 to the current purchaser.

3.     The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s), or any other party claiming an interest in the Property, to the current purchaser.

4.     The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

        a.     Payoff to Whitney Bank dba Hancock Bank - $59,132.50 plus additional fees and interest to date of closing

        b.     Brokerage Fees - to Counts Real Estate Group, Inc. - $5,220.00

c.       Property Taxes for 2018 - $449.97 plus any additional pro-rated amount should closing occur after 5/15/18.

d.       Closing fee to Smith Thompson of $595.00

e.       Title Insurance Premium - $500.25

f.       Title Search to First American Title Insurance Company - $150.00

g.       Estate would recover approximately $20,952.28*

* Centennial judgments will have been paid off prior to this closing.

5.       The Trustee upon execution and closing of the sale, shall deposit the net proceeds, if any, into the estate to be administered by the Trustee on behalf of the unsecured creditors in accordance with Bankruptcy procedure.

**DONE AND ORDERED** on _____.

KAREN K. SPECIE
U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

IN RE: TAYLOR, LLOYD GARY
       TAYLOR, WILMA L

CASE NO: 17-50156-KKS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 7

On 3/9/2018, I did cause a copy of the following documents, described below,

Notice of Intent to Sell Real Property

Motion to Sell Real Property Free and Clear of Lines, Encumbrances, and Interests

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/9/2018

/s/ Mary W. Colon
Mary W. Colon  0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317
850 893 4105
janet@marycolon.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE:  TAYLOR, LLOYD GARY
        TAYLOR, WILMA L

CASE NO: 17-50156-KKS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 3/9/2018, a copy of the following documents, described below,

Notice of Intent to Sell Real Property

Motion to Sell Real Property Free and Clear of Lines, Encumbrances, and Interests

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/9/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
11295
CASE 17-50156-KKS
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY
FRI MAR 9 10-58-14 EST 2018

COUNTS REAL ESTATE GROUP INC
2104 THOMAS DRIVE
PANAMA CITY BEACH FL 32408-5823

HANCOCK BANK
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

HANCOCK BANK
CO IAN S MACDONALD
CLARK PARTINGTON
106 EAST COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

INNOVATIONS FEDERAL CREDIT UNION
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

THOMSON BROCK LUGER AND COMPANY
3375G CAPITAL CIRCLE NE
TALLAHASSEE FL 32308-3798

WELLS FARGO BANK NA
EXL LEGAL PLLC
12425 28TH ST NORTH SUITE 200
SAINT PETERSBURG FL 33716-1826

ASSET ACCEPTANCE LLC
P O BOX 2036
WARREN MI 48090-2036

ASSISTANT US ATTORNEY
21 E GARDEN ST
SUITE 400
PENSACOLA FL 32502-5675

BANK OF AMERICA
P O BOX 15026
WILMINGTON DE 19850-5026

BAY BANK  TRUST
509 HARRISON AVE
PANAMA CITY FL 32401-2621

BRENDA RUSSELL
629 KIRKLIN AVE
PANAMA CITY FL 32401-4342

CBHV
P O BOX 3495
TOLEDO OH 43607-0495

CAPITAL RECOVERY ADVISORS
2400 AUGUST DR SUITE 212
HOUSTON TX 77057-4998

CAPITAL RECOVERY ADVISORS
2400 AUGUSTA DRIVE
STE 212
HOUSTON TX 77057-4998

CARPET BROKERS INC
2804 W 23RD ST
PANAMA CITY FL 32405-2353

CENTENNIAL BANK
12141 PANAMA CITY BEACH PKWY
PANAMA CITY BEACH FL 32407-2627

CENTENNIAL BANK
22 AVENUE E
APALACHICOLA FL 32320-1761

CENTENNIAL BANK
635 E BALDWIN RD
PANAMA CITY FL 32405-4207

CENTENNIAL BANK
CAPITAL RECOVERY ADVISORS
2400 AUGUSTA DRIVE
SUITE 212
HOUSTON TX 77057-4998

CHARLIE AND STEPHANIE ADDISON
125 N CHARLENE DR
PANAMA CITY FL 32404-7502

CHRISTOPHER MORRIS
510 SATSUMA AVE APT A
PANAMA CITY FL 32401-4351

CLARK PARTINGTON
CO IAN S MACDONALD
106 E COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

COLLECTION BUREAU
MEDICAL ACCOUNTS ADMINISTRATION
P O BOX 519
PANAMA CITY FL 32402-0519

COMCAST
4001 WEST 23RD ST
PANAMA CITY FL 32405-0300

ERIC KREBS
P O BOX 15758
PANAMA CITY FL 32406-5758

GM CARD
P O BOX 80082
SALINAS CA 93912-0082

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GARTH BONNEY
P O BOX 737
PANAMA CITY FL 32402-0737

GOLDEN ENTERPRISES
P O BOX 15636
PANAMA CITY FL 32406-5636

HANCOCK BANK
1 CORPORATE DR STE 360
LAKE ZURICH IL 60047-8945

HANCOCK BANK
1022 W 23RD ST
PANAMA CITY FL 32405-3689

HANCOCK BANK
P O BOX 660592
DALLAS TX 75266-0592

HANCOCK BANK
P O BOX 681400
PRATTVILLE AL 36068-1400

HANCOCK BANK
CO CLARK PARTINGTON
106 E COLLEGE AVENUE SUITE 600
TALLAHASSEE FL 32301-7721

INNOVATIONS FEDERAL CREDIT UNION
P O BOX 15529
PANAMA CITY FL 32406-5529

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACK G WILLIAMS
502 HARMON AVE
PANAMA CITY FL 32401-3044

JACK WILLIAMS
P O BOX 2176
PANAMA CITY FL 32402-2176

JAMES AND LE VIETA DOSTER
621 BOB LITTLE RD
PANAMA CITY FL 32404-4617

KEENON DENTAL ASSOCIATES LLC
2309 ST ANDREWS BLVD
PANAMA CITY FL 32405-2171

KENNETH AND CYRILLA EADY
6216 WALLACE RD
PANAMA CITY FL 32404-9645

LORI WHIDDON
6316 PRIDGEN ST
PANAMA CITY FL 32404-8327

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MIDLAND FUNDING LLC
8875 AERO DR SUITE 200
SAN DIEGO CA 92123-2255

OFFICE OF US TRUSTEE
110 E PARK AVE
SUITE 128
TALLAHASSEE FL 32301-7728

RICHARD STORFER
101 NE THIRD AVE SUITE 1800
FORT LAUDERDALE FL 33301-1252

ROBINSON ACCOUNTING SERVICE
2335 E BALDWIN RD
PANAMA CITY FL 32405-5801

STATE OF FLORIDA DEPARTMENT OF
REVENUE
OUT OF STATECENTRAL COLLECTIONS UNIT
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-6585

STOCK BUILDING SUPPLY INC
730 HWY 231
PANAMA CITY FL 32405-5303

T M STRUCTURES INC
CO MICHAEL ROBINSON
2335 E BALDWIN RD
PANAMA CITY FL 32405-5801

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

WELLS FARGO BANK NA
CO EXL LEGAL PLLC
12425 28TH STREET NORTH SUITE 200
ST PETERSBURG FL 33716-1826

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSINGMACN92
1000 BLUE GENTIAN ROAD
EAGAN MN 55121-7700

WELLS FARGO BANK NA
CO KENNETH W LOCKWOOD ESQ
12425 28TH STREET NORTH SUITE 200
ST PETERSBURG FL 33716-1826

WELLS FARGO HOME MORTGAGE
P O BOX 10335
DES MOINES IA 50306-0335

*DEBTOR*

JOHN E VENN
JOHN E VENN JR PA
220 W GARDEN ST
SUITE 603
PENSACOLA FL 32502-5732

LLOYD GARY TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

WILMA L TAYLOR
P O BOX 1406
LYNN HAVEN FL 32444-6206